JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ELIANA PAQUETTE,<br><br>Plaintiff,<br><br>vs.<br><br>CAMILO GONZALEZ and<br>  AMELIA CORDOVA GONZALEZ,<br>  individually and doing business as<br>  CAMIO'S CALIFORNIA BISTRO AND<br>  CATERING, a business entity, form and<br>  unknown;<br>LOS ANGELES POLICE DEPARTMENT;<br>Los Angeles Police Department Sergeant<br>  JONATHAN R. GUTIERREZ,<br>  a government employee;<br>LOS ANGELES COUNTY DEPARTMENT<br>  OF MENTAL HEALTH;<br>Los Angeles County Department of<br>  Mental Health Counsel<br>  DIANNA M. HAMED, RN, a government<br>  employee;<br>LOS ANGELES COUNTY USC MEDICAL<br>  CENTER;<br>YEHONATAN BORENSTEIN, M.D., a<br>  government employee; and<br>DOES 1 through 130, inclusive,<br><br>        Defendants. | **CASE NO. CV 15-10015 AB (AGRx)**<br>[Assigned to Hon. Judge André Birotte Jr., Ctrm. 7B]<br>[Assigned to Mag. Alicia G. Rosenberg, Ctrm. B-8th Flr.]<br><br>**JUDGMENT** |

On December 30, 2020, this Honorable Court having granted Defendants' motion for summary judgment on all of Plaintiff's claims.

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants City of Los Angeles, Los Angeles Police Department, Los Angeles Police Department Sergeant Jonathan R. Gutierrez, Los Angeles Fire Department (erroneously sued as "City of Los Angeles Fire Department Ambulance Services") ("City Defendants"), as well as County of Los Angeles (erroneously sued as "Los Angeles County Department of Mental Health" and "Los Angeles County USC Medical Center"), Dianna M. Hamed, RN, and Yehonatan Borenstein, M.D. ("County Defendants"), and against Plaintiff Linda Eliana Paquette.

IT IS FURTHER ORDERED that Plaintiff Linda Eliana Paquette recover nothing by reason of each and all of her claims as set forth in the Third Amended Complaint against City Defendants and County Defendants and that City Defendants and County Defendants shall recover their costs in accordance with Local Rule 54.

JUDGMENT IS HEREBY ENTERED IN FAVOR OF ALL CITY DEFENDANTS AND COUNTY DEFENDANTS ON ALL CLAIMS.

**IT IS SO ORDERED.**

Dated: January 27, 2021

_____
**Honorable André Birotte Jr.
United States District Court Judge**